**No. 48282.**—Protests 36709–K, etc., of F. B. Wilcon (Boston).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the instant importation is similar in all material respects to the motorboats the subject of *Barber* v. *United States* (6 Cust. Ct. 340, C. D. 492), the record in which case was incorporated herein. In accordance therewith the protests were sustained as to this claim.